UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

**PENN STAR INSURANCE CO.,**

Plaintiff,

– against –

**WJP BUILDERS CORP**, *et al.*

Defendants.

--------------------------------------------------------------- X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

24-CV-8313 (AMD) (SDE)

**ANN M. DONNELLY**, United States District Judge:

The plaintiff brought this action on December 3, 2024, asserting negligence claims against defendants WJP Builders Corp and BizDesigns.[1] (*See* ECF No. 1.) On November 5, 2025, the plaintiff moved for default judgment against WJP Builders Corp. (ECF No. 21.) The Court respectfully referred the motion to Magistrate Judge Seth D. Eichenholtz on the same day. On November 18, 2025, the plaintiff filed an amended motion for default judgment. (ECF No. 24.) On August 19, 2026, Judge Eichenholtz issued a Report and Recommendation in which he recommended that the Court grant the plaintiff's motion. (ECF No. 25.) The plaintiff served the Report and Recommendation on WJP Builders Corp on August 20, 2026. (*See* ECF Nos. 27, 28.) No objections have been filed, and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the

---

[1] The plaintiff filed a stipulation of dismissal of BizDesigns on November 12, 2025. (ECF No. 23.)

face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation omitted).

The Court has carefully reviewed Judge Eichenholtz's well-reasoned report and recommendation for clear error and finds none. Accordingly, the Court adopts the report and recommendation in its entirety. The Court grants the motion for default judgment and awards the plaintiff the following relief, totaling $63,630.19 plus pre- and post-judgment interest:

(1) $63,630.19 in damages for negligence;

(2) pre-judgment interest calculated at a rate of nine percent from February 4, 2022 through the date judgment is entered; and

(3) post-judgment from the date of judgment through the date of payment.

The motion for default judgment is granted, and the Clerk of Court is respectfully directed to enter the attached order and final default judgment and close the case.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
September 8, 2026